CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

**FEB 2 7 2009**

JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **Criminal Action No. 7:93-cr-00091** |
| | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **JULIEN K. DILKS,** | ) | **By: Hon. James C. Turk** |
| **Petitioner.** | ) | **Senior United States District Judge** |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that the petition for a writ of <u>coram nobis</u> is **DISMISSED**; the hearing scheduled for March 10,

2009, is **CANCELLED**; and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum

opinion to the petitioner and counsel of record for the United States.

**ENTER**: This _____27th_____ day of February, 2009.

_____
Senior United States District Judge