CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 01 2010

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Action No. 7:93-cr-00091 |
| | ) | |
| v. | ) | **§ 2255 ORDER** |
| | ) | |
| JULIEN K. DILKS, | ) | By: Hon. James C. Turk |
|     Petitioner. | ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that petitioner's motion to vacate, pursuant to 28 U.S.C. § 2255, is **DISMISSED**; a Certificate of Appealability is **DENIED**; the United States' motion to dismiss is **GRANTED**; the petition for a writ of coram nobis is **DISMISSED**; the hearing scheduled for April 7, 2010, is **CANCELLED**; and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the United States.

ENTER: This ___ day of February, 2010.

                                                    Senior United States District Judge