CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA

OCT 27 2010

JULIA C. DUDLEY, CLERK
BY:
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Action No. 7:93-cr-00091 |
| | ) | |
| v. | ) | **§ 2255 ORDER** |
| | ) | |
| JULIEN K. DILKS, | ) | By: Hon. James C. Turk |
|     Petitioner. | ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that petitioner's motion to vacate, pursuant to 28 U.S.C. § 2255, is **DISMISSED**; a Certificate of Appealability is **DENIED**; the petition for a writ of error <u>coram nobis</u> is **DISMISSED**; and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the United States.

**ENTER:** This 27th day of October, 2010.

/s/ James C. Turk
Senior United States District Judge