CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 0 1 2016

JULIA C. ~~~LEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 7:93CR00091** |
| | ) | **(CASE NO. 7:16CV81163)** |
| | ) | |
| **v.** | ) | **FINAL ORDER** |
| | ) | |
| **JULIEN K. DILKS,** | ) | |
| | ) | **By: Hon. Glen E. Conrad** |
| Defendant. | ) | **Chief United States District Judge** |

In accordance with the accompanying memorandum opinion, it is hereby

### ADJUDGED AND ORDERED

that this motion to vacate, set aside or correct the sentence under 28 U.S.C. § 2255 (ECF No.

120) is **CONSTRUED** as a petition for a writ of coram nobis under 18 U.S.C. § 1651(a) and is

**DISMISSED** under the court's prefiling injunction (ECF No. 108) as abuse of the writ, and the

clerk shall **STRIKE** the action from the active docket of the court.

ENTER: This 1st day of August, 2016.

_____
Chief United States District Judge